■ In the Matter of ADINA MC., a Person Alleged to be a Juvenile Delinquent, Appellant. [935 NYS2d 905]

Viewing the evidence in the light most favorable to the presentment agency (*see Matter of David H.*, 69 NY2d 792, 793 [1987]; *cf. People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish, beyond a reasonable doubt, that the appellant committed acts which, if committed by an adult, would have constituted the crimes of assault in the second degree and criminal possession of a weapon in the fourth degree (*see* Family Ct Act § 342.2 [2]; *cf. People v Edmondson,*

281 AD2d 184, 185 [2001]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see Matter of Michale A.C.*, 73 AD3d 1042, 1043 [2010]; *cf.* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the opportunity of the finder of fact to view the witnesses, hear the testimony, and observe demeanor (*see Matter of Hasan C.*, 59 AD3d 617, 617-618 [2009]; *cf. People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon our review of the record, we are satisfied that the Family Court's determination was not against the weight of the evidence (*cf. People v Romero*, 7 NY3d 633 [2006]). Florio, J.P., Belen, Roman and Sgroi, JJ., concur.